**Order entered December 7, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01478-CV

### IN RE JIMMY DEWAYNE HILL, Relator

### Original Proceeding from the 363rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F-0953582-W

## ORDER
Before Justices Lang, Fillmore and Brown

Before the Court is relator's petition for writ of mandamus. The Court requests that real party in interest and respondent file their responses to the petition, if any, on or before December 17, 2015.

/s/ DOUGLAS S. LANG
JUSTICE